```
1  ROBERT WAGGENER, SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:      (415) 431-4500
   Fax:        (415) 255-8631
4  E-Mail:     rwlaw@mindspring.com

5  Attorney for Defendant ARGELIO SUASTEGUI-LOZANO
```

**DENIED*** (Judge Maxine M. Chesney signature)

**\*Good cause not shown.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR06 00178/CR12 00503 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE ; ORDER DENYING STIPULATION** |
| v. | |
| ARGELIO SUASTEGUI-LOZANO, | Dated: December 12, 2012 |
| Defendant. | Time: 2:15 p.m. |
| | Crtrm: 7 (Honorable Maxine Chesney) |

**IT IS HEREBY STIPULATED** by the parties that with the Court's concurrence, the status conference for defendant Argelio Suastegui-Lozano, currently scheduled for December 12, 2012, at 2:15 p.m. be continued to December 19, 2012, at 2:15 p.m.

Dated: December 6, 2012

/s/
ROBERT WAGGENER
Attorney for Defendant
ARGELIO SUASTEGUI-LOZANO

Dated: December 6, 2012

/s/
MARK KANG
Assistant United States Attorney

~~IT IS SO ORDERED.~~

~~Dated:~~ _____

~~MAXINE M. CHESNEY~~
~~United States District Court Judge~~